IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
NORTHERN DIVISION

**MICAH ANGEL**                                                                                                      **PLAINTIFF**

**v.**                                    **3:22-CV-00333-BRW**

**JIMMY JOHNSON**                                                             **DEFENDANT**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff asserts that Defendant allowed children to sell drugs and never reported it to the police department.[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 5th day of January, 2023.

                                                     *Billy Roy Wilson*
                                                     UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.